**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**OLUWADAYISI OMOSULE,**

    Plaintiff,

**-vs-**

                    **CASE NO.    3:12-CV-101**

                    **Judge Timothy S. Black**
                    **Magistrate Judge Sharon L. Ovington**

**INS,** *et al.***,**

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 4) of the Magistrate Judge is **ADOPTED;** and that the case is **CLOSED** from the docket of the Court.

Date:   May 17, 2012                    **JAMES BONINI, CLERK**

                                          By: *s/ M. Rogers*
                                          Deputy Clerk